**HUNTON & WILLIAMS LLP**
Ann Marie Mortimer (State Bar No. 169077)
*amortimer@hunton.com*
Jason J. Kim (State Bar No. 221476)
*kimj@hunton.com*
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532 • 2000
Facsimile: (213) 532 • 2020

Daniel G. Vivarelli, Jr. (State Bar No. DC 482467)(*pro hac vice*)
*dvivarelli@hunton.com*
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 955 • 1500
Facsimile: (202) 778 • 2201

David A. Kelly (State Bar No. GA 498949)(*pro hac vice*)
*dkelly@hunton.com*
Joshua M. Kalb (State Bar No. GA 142493)(*pro hac vice*)
*jkalb@hunton.com*
Suite 4100 600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Telephone: (404) 888 • 4000
Facsimile: (404) 888 • 4190

**WHGC, P.L.C.**
John Giust (State Bar No. 196337)
*JohnGiust@WHGCLaw.com*
1301 Dove Street, Suite 1050
Newport Beach, California 92660
Telephone: (619) 993 • 1656
Facsimile: (949) 833 • 2281

Attorneys for Defendant
Duncan Parking Technologies, Inc.

DEFENDANTS' MOTION TO SEAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IPS GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>DUNCAN SOLUTIONS, INC. AND DUNCAN PARKING TECHNOLOGIES, INC.<br><br>Defendants. | CASE NO.: 3:15CV1526-CAB (MDD)<br><br>**DEFENDANTS' MOTION TO SEAL**<br><br>Complaint Filed:   July 10, 2015 |

Defendants Duncan Solutions, Inc. ("DSI") and Duncan Parking Technologies, Inc. ("DPT") (collectively, "Defendants") hereby move this Court under Rule 26(C)(1) of the Federal Rules of Civil Procedure for an order sealing Exhibits 3, 6, 7 and 8, filed as exhibits to Mr. Kalb's declaration in support of Defendants' Opposition to IPS Group, Inc.'s Motion to Strike Statement of Balu Subramanya or Alternatively for Relief Under Rule 56(d).

Exhibit 3, entitled "Liberty – AT&T Device Approval," which is a DSI report seeking approval of the device from AT&T, contains sensitive technical information that is proprietary to DSI and/or AT&T, and is marked "Confidential – For Counsel Only."

Exhibit 6, entitled "Revolutionary IPS Group – Parking & Telecommunications," contains sensitive technical information that is regarded as proprietary to IPS, and is marked as "Confidential – For Counsel Only."

1      Exhibit 7, entitled "Agenda Report," which includes an agreement between the City of Beverly Hills, California and IPS, contains sensitive business, financial and technical information and the identity of a third-party customer that are regarded as proprietary to IPS and/or the City of Beverly Hills, and is marked as "Confidential – For Counsel Only."

      Exhibit 8, entitled "Agreement to Purchase Parking Meter Equipment and Related Services," which includes an agreement between the City of Reno, Nevada and IPS, and an IPS price list including separate pricing for meter mechanisms and housings, contains sensitive business, financial and technical information and the identity of a third-party customer that are regarded as proprietary to IPS and/or the City of Reno, Nevada, and is marked as "Confidential – For Counsel Only."

      Under California's Uniform Trade Secrets Act, "'Trade secret' means information, including a formula, pattern, compilation, program, device, method, technique, or process, that: (1) Derives independent economic value, actual or potential, from not being generally known to the public or to other persons who can obtain economic value from its disclosure or use; and (2) Is the subject of efforts that are reasonable under the circumstances to maintain its secrecy." Cal. Civ. Code § 3462.1(d).

      Sensitive business information such as information about customers may constitute a protectable trade secret. *See Cole Asia Bus. Ctr., Inc. v. Manning*, No. CV 12–00956 DDP (CWx), 2013 WL 3070913, at *2 (C.D. Cal. June 18, 2013) Sensitive

1  financial information may also constitute a trade secret. *See Mattel, Inc. v. MGA Entm't, Inc.*, 782 F. Supp. 2d 911, 969 (C.D. Cal. 2011). Sensitive technical or scientific information may constitute a trade secret as well. *See Loop AI Labs Inc. v. Gatti*, 195 F. Supp. 3d 1107, 1113 (N.D. Cal. 2016). As a result, the documents filed under seal are entitled to protection, and should not be publically disclosed. Defendants respectfully request that the Court seal Exhibits A-D to Mr. Subramanya's declaration.

**Hunton & Williams LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Respectfully submitted,

DATED: May 31, 2017

By: /s/ Joshua M. Kalb
HUNTON & WILLIAMS LLP
Ann Marie Mortimer (SBN 169077)
amortimer@hunton.com
Jason J. Kim (SBN 221476)
kimj@hunton.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
(213) 532-2000

Daniel G. Vivarelli, Jr.
(admitted pro hac vice)
dvivarelli@hunton.com
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 955-1500

David A. Kelly (admitted pro hac vice)
dkelly@hunton.com
Joshua M. Kalb (admitted pro hac vice)
jkalb@hunton.com
600 Peachtree Street, N.E., Suite 4100
Atlanta, Georgia 30308-2216
(404) 888-4000

WHGC, P.L.C.
John Giust (SBN 196337)
JohnGiust@WHGCLaw.com
1301 Dove Street, Suite 1050
Newport Beach, California 92660
(619) 993-1656

*Attorneys for Defendant Duncan Parking Technologies, Inc.*

By: /s/ Joseph C. Wylie II
**K & L GATES LLP**
Christina N.Goodrich (261722)
*christina.goodrich@klgates.com*
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, California 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

Joseph C. Wylie II
(admitted *pro hac vice*)
(IL SBN 6270852)
*joseph.wylie@klgates.com*
70 West Madison Street, Suite 3100
Chicago, IL 60602-4207
(312) 372-1121

*Attorneys for Defendant Duncan Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

BY CM/ECF TRANSMISSION: I am familiar with the United States District Court for the Southern District of California's practice for collecting and processing electronic filings. Upon the filing of a document with the court, the CM/ECF system generates a Notice of Electronic Filing that is delivered to the assigned judge and any registered users of the CM/ECF system that have appeared in the case. The NEF constitutes service of the document, and registration as a CM/ECF user constitutes consent to service by NEF.

I hereby certify that on May 31, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

Executed on May 31, 2017.

/s/ Joshua M. Kalb

3:15cv1526-CAB (MDD)