

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IPS Group, Inc., a California corporation | Civil Action No. 15-cv-1526-CAB-MDD |
| Plaintiff, V. | |
| See Attachment | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Clerk of the Court shall enter judgment of non-infringement and no liability as to all Defendants by separate document pursuant to Rule 58.

Date: 12/27/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  15cv1526-CAB-MDD

V.
Defendant
Duncan Solutions, Inc., a California corporation; Duncan Parking Technologies, Inc., a Delaware Corporation; Civicsmart, Inc., a Delaware corporation



Counter Claimant
Duncan Parking Technologies, Inc., a Delaware Corporation

V.

Counter Defendant
IPS Group, Inc., a California corporation



Counter Claimant
Duncan Parking Technologies, Inc., a Delaware Corporation

V.

 Counter Defendant
IPS Group, Inc., a California corporation



Counter Claimant
Civicsmart, Inc., a Delaware corporation

V.

Counter Defendant
IPS Group, Inc., a California corporation