# EXHIBIT 1

Bond No. K08772228
Premium: $1,000.00
Premium is for a 1-Year Term and
Renews Annually Thereafter.

DOUGLAS CARSTEN, State Bar No. 198467
(dcarsten@wsgr.com)
CHRISTINA E. DASHE, State Bar No. 292360
(cdashe@wsgr.com)
NATHANIEL R. SCHARN, State Bar No. 305836
(nscharn@wsgr.com)
JAMES STEPHENS, State Bar No. 317203
(jstephens@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI P.C.
12235 El Camino Real, Suite 200
San Diego, California 92130
Telephone: 858.350.2300
Fax: 858.350.2399

RYAN SMITH, State Bar No. 229323
(rsmith@wsgr.com)
CHRISTOPHER D. MAYS, State Bar No. 266510
(cmays@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.493.9300
Fax: 650.493.6811

Attorneys for Plaintiffs IPS Group, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| IPS GROUP, INC., a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>DUNCAN SOLUTIONS, INC., a California corporation, and DUNCAN PARKING TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 15-cv-1526-CAB (MDD)<br><br>**SUPERSEDEAS/APPEAL BOND** |

We, IPS Group, Inc., as principal and ___Westchester Fire Insurance Company___, as surety, are held and firmly bound unto defendants Duncan Solutions, Inc., Duncan Parking Technologies, Inc., and CivicSmart Inc. (collectively, "Defendants"), as obligee(s), in the total amount of $100,000, for the payment of which we bind ourselves, successors and assigns, jointly and severally.

Whereas, on December 27, 2017, the Court entered judgment for Defendants (Doc. No. 261);

Whereas, on December 28, 2017, IPS Group filed a notice of appeal (Doc. No. 263) of this judgment and the Court's related orders;

Whereas, on August 17, 2018, the Court ordered IPS Group to pay an attorney fee award to Defendants in the amount of $100,000;

Whereas, on August 22, 2018, IPS Group filed a notice of appeal of the Court's award of attorney fees to Defendants; and

Whereas, IPS Group desires to stay the attorney fee award pending appellate review.

THE CONDITION OF THIS BOND, is that if Principal shall satisfy payment of the attorney fee award contained in the above case in full in the event that IPS Group's appeals are dismissed or the Court's orders are affirmed, but in no event to exceed the penalty amount set out above, then this obligation shall be null and void; otherwise, to remain in full force and effect.

Westchester Fire Insurance Company

By: _____
    Erin Greene, Attorney-in-Fact

IPS GROUP'S OPPOSITION TO DEFENDANTS' MOT. FOR ATTY. FEES   -1-   CASE NO.: 3:15CV1526-CAB (MDD)

Exhibit 1, Page 5

# Power of Attorney

## WESTCHESTER FIRE INSURANCE COMPANY

Know all men by these presents: That WESTCHESTER FIRE INSURANCE COMPANY, a corporation of the Commonwealth of Pennsylvania pursuant to the following Resolution, adopted by the Board of Directors of the said Company on December 11, 2006, to wit:

"RESOLVED, that the following authorizations relate to the execution, for and on behalf of the Company, of bonds, undertakings, recognizances, contracts and other written commitments of the Company entered into the ordinary course of business (each a "Written Commitment"):

(1) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise.

(2) Each duly appointed attorney-in-fact of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise, to the extent that such action is authorized by the grant of powers provided for in such persons written appointment as such attorney-in-fact.

(3) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to appoint in writing any person the attorney-in-fact of the Company with full power and authority to execute, for and on behalf of the Company, under the seal of the Company or otherwise, such Written Commitments of the Company as may be specified in such written appointment, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(4) Each of the Chairman, the President and Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to delegate in writing any other officer of the Company the authority to execute, for and on behalf of the Company, under the Company's seal or otherwise, such Written Commitments of the Company as are specified in such written delegation, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(5) The signature of any officer or other person executing any Written Commitment or appointment or delegation pursuant to this Resolution, and the seal of the Company, may be affixed by facsimile on such Written Commitment or written appointment or delegation.

FURTHER RESOLVED, that the foregoing Resolution shall not be deemed to be an exclusive statement of the powers and authority of officers, employees and other persons to act for and on behalf of the Company, and such Resolution shall not limit or otherwise affect the exercise of any such power or authority otherwise validly granted or vested.

Does hereby nominate, constitute and appoint Brittany Aceves, Erin Greene, James P Schabarum, II, Jase Hamilton, Jeffrey W Cavignac all of the City of SAN DIEGO, California, each individually if there be more than one named, its true and lawful attorney-in-fact, to make, execute, seal and deliver on its behalf, and as its act and deed any and all bonds, undertakings, recognizances, contracts and other writings in the nature thereof in penalties not exceeding TEN MILLION DOLLARS & ZERO CENTS ($10,000,000.00) and the execution of such writings in pursuance of these presents shall be as binding upon said Company, as fully and amply as if they had been duly executed and acknowledged by the regularly elected officers of the Company at its principal office.

IN WITNESS WHEREOF, the said Stephen M. Haney, Vice-President, has hereunto subscribed his name and affixed the Corporate seal of the said WESTCHESTER FIRE INSURANCE COMPANY this 7 day of December 2017.



**WESTCHESTER FIRE INSURANCE COMPANY**

Stephen M. Haney, Vice President

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA ss.

On this 7 day of December, 2017 before me, a Notary Public of the Commonwealth of Pennsylvania in and for the County of Philadelphia came Stephen M. Haney, Vice-President of the WESTCHESTER FIRE INSURANCE COMPANY to me personally known to be the individual and officer who executed the preceding instrument, and he acknowledged that he executed the same, and that the seal affixed to the preceding instrument is the corporate seal of said Company; that the said corporate seal and his signature were duly affixed by the authority and direction of the said corporation, and that Resolution, adopted by the Board of Directors of said Company, referred to in the preceding instrument, is now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Philadelphia the day and year first above written.



COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KAREN E. BRANDT, Notary Public
City of Philadelphia, Phila. County
My Commission Expires Sept. 26, 2018

Notary Public

I, the undersigned Assistant Secretary of the WESTCHESTER FIRE INSURANCE COMPANY, do hereby certify that the original POWER OF ATTORNEY, of which the foregoing is a substantially true and correct copy, is in full force and effect.

In witness whereof, I have hereunto subscribed my name as Assistant Secretary, and affixed the corporate seal of the Corporation, this _____ day of _____ 20_____.

AUG 2 4 2018



Dawn M. Chloros, Assistant Secretary

THIS POWER OF ATTORNEY MAY NOT BE USED TO EXECUTE ANY BOND WITH AN INCEPTION DATE AFTER NOVEMBER 17, 2019.

Exhibit "A", Page 6

*DocuGard #04546 contains a security pantograph, blue background, heat-sensitive ink, coin-reactive watermark, and microtext printing on border.*



# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California }

County of San Diego }

On AUG 2 4 2018 before me, Brittany Aceves, Notary Public,
(Here insert name and title of the officer)

personally appeared Erin Greene,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) (is)/are subscribed to the within instrument and acknowledged to me that he/(she)/they executed the same in his/(her)/their authorized capacity(ies), and that by his/(her)/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature

(Notary Public Seal)

BRITTANY ACEVES
Commission No. 2218230
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires October 14, 2021

---

**ADDITIONAL OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

INSTRUCTIONS FOR COMPLETING THIS FORM
*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

This bond has been examined and recommended for approval as provided in Civil Local Rule 65.1.2, and the within bond is required by law to be approved by a judge.

Dated: January 22, 2018

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Christopher Mays
    Christopher Mays

Attorneys for Plaintiff IPS Group, Inc.

**I hereby approve the foregoing bond.**

Dated: _____, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed with the Court's CM/ECF system which will provide notice on all counsel deemed to have consented to electronic service. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing document by mail on this day.

Dated: August 24, 2018

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Douglas Carsten*
Douglas Carsten

Attorneys for Plaintiff IPS Group, Inc.