# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IPS GROUP, INC., a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>DUNCAN SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No.: 3:15-cv-01526-CAB-(MDD)<br><br>**ORDER ON UNOPPOSED MOTION TO APPROVE SUPERSEDEAS BOND AND STAY EXECUTION OF FEE AWARD**<br>**[Doc. No. 317]** |

The Court has considered Plaintiff IPS Group, Inc.'s ("IPS") Unopposed Motion to Approve Supersedeas Bond and Stay Execution of Fee Award. [Doc. No. 317.] Having reviewed the motion and the documents at issue, the Court **GRANTS** IPS's Motion. *See Bass v. First Pac. Networks, Inc.*, 219 F.3d 1052, 1055 (9th Cir. 2000) (If the party taking an appeal from the District Court posts a bond in accordance with the rule he is entitled to a stay of a money judgment as a matter or right). IPS is directed to file the supersedeas bond in accordance with the Civil Local Rules for execution by this Court. Execution of the Court's previous attorney fee award is hereby stayed pending appeal under Fed. R. Civ. Proc. 62(d).

It is **SO ORDERED**.

Dated: August 29, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge