UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IPS GROUP, INC.,<br><br>                      Plaintiff,<br><br>v.<br><br>DUNCAN SOLUTIONS, INC., et. al,<br><br>                    Defendants. | Case No.: 15-CV-1526-CAB-(MDD)<br><br>**DISMISSAL WITH PREJUDICE**<br><br>**[Doc. No. 336]** |

    Upon consideration of the parties' joint motion to dismiss this case with prejudice, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees.

    It is **SO ORDERED**.

Dated: July 2, 2020

                                                        Hon. Cathy Ann Bencivengo<br>
                                                        United States District Judge